# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2020

160241

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARLOS ALBERTO SOLER-NORONA,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160241
COA: 348547
Oakland CC: 2009-228907-FC

On order of the Court, the application for leave to appeal the July 24, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals. Because defendant's motion to waive fees met the requirements of MCL 600.321(4) and MCR 7.219(G), we DIRECT the Court of Appeals to accept defendant's motion to waive fees; to treat defendant's delayed application for leave to appeal as having been filed with that motion; and to decide whether to grant, deny, or order other relief, in accordance with MCR 7.205(E)(2).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2020



t0616

Clerk